**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE # 08-22862-CIV-GOLD/MCALILEY**

RONALD TORO and all other
similarly situated under 29 U.S.C. 216(B),

      Plaintiff,

vs.

DESIGN-BUILD & ENGINEERING, INC.
ANDRES MARTINEZ

      Defendants.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO REQUIRE PLAINTIFF TO FILE CONSENT OF UNITED STATES ATTORNEY AND FOR STAY**

NOW COMES Plaintiff, through the undersigned, and responds as follows:

***INTRODUCTION***

1. Plaintiff Ronald Toro has been deported to Honduras and is unable to enter the United States. Plaintiff believes the Defendant Martinez contacted the INS after being served with the Complaint, and such will be queried via discovery to determine, *inter alia*, if Defendant Martinez is attempting to use immigration status as a method to avoid FLSA mandates.

2. Plaintiff has prior to this response moved for this Court to permit Plaintiff Toro to be deposed by the undersigned firm by telephone. Plaintiff requests the deposition be permitted to occur in Honduras and to be video-taped to be used as preserved testimony for trial as Plaintiff has been deported from the United States.

3. The said Plaintiff's motion to video-tape Plaintiff to preserve trial testimony will resolve the issues regarding Plaintiff's deportation definitively and efficiently to permit a timely and orderly prosecution of this matter.

## *MEMORANDUM OF LAW*

Plaintiff's motion to video-tape Plaintiff to preserve trial testimony set forth on point caselaw and rules demonstrating the Court has discretion to grant same, and such is a preferable course of action in the instant case. Plaintiff has been deported and is financially challenged, and the trial must be coordinated with the Court's calendar.

The fact that Defendants again wish to stay this matter is a transparent demonstration that the defense wishes to tie up this litigation. The Court has already had a hearing relevant to these issues and specifically removed the abeyance and ordered a revised JSR be filed.

Defendants insist the U.S. Attorney Consent be filed with no regard as to the uncertainty of such and the difficulty caused by the need to set this matter for trial. If the Court allows the video-taped trial testimony, this matter can be set for trial during a trial period certain. Even if a Consent was granted, the Court's trial calendar is often subject to other demands that require flexibility as to setting the actual trial dates (that fact is compounded by the schedules of the parties and counsel that can often result in unexpected continuances). A video-taped preservation of trial testimony will resolve such concerns and also would dispel Defendants' arguments that they could be prejudiced regarding the 11/2/09 proposed trial date.

**WHEREFORE**, Plaintiff respectfully request that this Honorable Court deny Defendants' Motion.

**RESPECTFULLY SUBMITTED,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFFS**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: KRL_KELLY@YAHOO.COM**
**F.B.N. 0123870**
**BY:____/S/ K. DAVID KELLY_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED SUBSEQUENT TO E-FILING TO:**

**LAW OFFICES OF DANA M. GALLUP, P.A.**
**COUNSEL FOR DEFENDANTS**
**4000 HOLLYWOOD BOULEVARD**
**SUITE 265 SOUTH**
**HOLLYWOOD, FLORIDA 33021**
**PHONE:       (954) 894-3035**
**FACSIMILE:        (954) 241-6585**
**E-MAIL:       DGALLUP@GALLUP-LAW.COM**

**BY:____/S/ K. DAVID KELLY_____**
**K. DAVID KELLY, ESQ.**