UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 08-22862-CIV-GOLD/MCALILEY

RONALD TORO and all other
similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

DESIGN-BUILD & ENGINEERING, INC.
ANDRES MARTINEZ

    Defendants.
_____/

## AGREED MOTION TO STAY

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, through the undersigned, files the above-described Motion as follows:

### *INTRODUCTION*

1. This matter sounds under the Fair Labor Standards Act.

2. The Court is apprised that the Plaintiff has been deported to Honduras.

3. Following deportation, the undersigned firm was in contact with Plaintiff's wife.

4. However, recently the undersigned firm has not been able to contact Plaintiff's wife and she appears to have moved without providing contact information.

5. The undersigned firm has searched the Accrnt database and expended costs for further investigation to discover the whereabouts of the Plaintiff and his

wife. Follow up letters were sent out to various addresses and need time to circulate.

6. If the stay is granted, Defendants will not need to answer discovery in the interim.

### *MEMORANDUM OF LAW*

This Court has discretion to enter orders of abeyance in an effort to control fees and costs. Attached *See, e.g.*, order in JIMENEZ v. CALOCA CORPORATION et al., 08-23102-CIV-GOLD/MCALILEY dated 4/3/09. The instant motion is agreed, and the requested relief will prevent some fees and costs from being accrued allowing the undersigned firm a modest time period to ascertain if this matter can possibly be prosecuted further.

WHEREFORE PLAINTIFF REQUESTS THAT THIS MATTER BE HELD IN ABEYANCE UNTIL 7/20/09, AND IF PLAINTIFF OR HIS WIFE CANNOT BE LOCATED BY SUCH TIME THE UNDERSIGNED FIRM WILL MOVE TO WITHDRAW AS COUNSEL.

### CERTIFICATE OF CONFERRAL

In an e-mail dated 6/3/09, defense counsel Dana Gallup agreed to a (45) day stay; the herein requested stay is calculated from even date to the following Monday. Such agreement was predicated upon agreement that the defense does not need to respond to discovery until after resolution of the instant issue.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: KRL_KELLY@YAHOO.COM**
**F.B.N. 0123870**
**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED SUBSEQUENT TO E-FILING TO:**

**LAW OFFICES OF DANA M. GALLUP, P.A.**
**COUNSEL FOR DEFENDANTS**
**4000 HOLLYWOOD BOULEVARD**
**SUITE 265 SOUTH**
**HOLLYWOOD, FLORIDA 33021**
**PHONE:    (954) 894-3035**
**FACSIMILE:    (954) 241-6585**
**E-MAIL:    DGALLUP@GALLUP-LAW.COM**

**BY:_/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE # 08-22862-CIV-GOLD/MCALILEY**

RONALD TORO and all other
similarly situated under 29 U.S.C. 216(B),

   Plaintiff,

vs.

DESIGN-BUILD & ENGINEERING, INC.
ANDRES MARTINEZ

   Defendants.
_____/

**ORDER GRANTING AGREED MOTION TO STAY**

  This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is granted as follows:

  THIS MATTER SHALL BE HELD IN ABEYANCE UNTIL 7/20/09, AND IF PLAINTIFF OR HIS WIFE CANNOT BE LOCATED BY SUCH TIME, PLAINTIFF'S COUNSEL SHALL BE PERMITTED TO MOVE TO WITHDRAW AS COUNSEL.

  DONE AND ORDERED in chambers in Miami-Dade, Florida, on this _____ day of _____, 2009.

                  _____
                  U.S. DISTRICT COURT JUDGE

Copies to: Counsel of Record