UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22862-CIV-GOLD/McALILEY

RONALD TORO, and all others
similarly situated,

    Plaintiff,

vs.

DESIGN-BUILD & ENGINEERING, INC.
and ANDRES MARTINEZ,

    Defendants.
_____/

## ORDER GRANTING AGREED MOTION TO STAY [DE 43]

THIS CAUSE is before the Court upon Plaintiff's Agreed Motion to Stay [DE 43], seeking to stay the case until July 20, 2009 so that plaintiff's counsel may attempt to locate Plaintiff Toro. Having reviewed the Motion and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED:

1. The Agreed motion [DE 43] is GRANTED.

2. This matter is STAYED and all dates held in abeyance until July 20, 2009.

3. Plaintiff shall file a status update by July 20, 2009.

DONE AND ORDERED IN CHAMBERS at Miami, Florida this 8th day of June, 2009.

*[signature]*
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of Record